■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCEL C. WRONGE, Appellant.—Appeal by defendant, as limited by his motion, from an amended sentence and another sentence of the Supreme Court, Kings County, imposed February 15, 1978, and February 16, 1978, respectively. Amended sentence and sentence affirmed. No opinion. Gulotta, J. P., Cohalan, Margett and O'Connor, JJ., concur.